IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at ___9:45___ A.M
___7/27___, 20_17_

_____
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| TERRI POWERS,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID STALVEY, DR. MICHAEL ST. MARIE, PHOEBE PHYSICIAN GROUP, INC., AND PHOEBE PUTNEY MEMORIAL HOSPITAL, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:17-CV-71 (WLS) |

## ORDER ON MOTION TO CONSOLIDATE

Currently before the Court is the parties' Consent Motion to Consolidate under Federal Rule of Civil Procedure 42. The parties seek to consolidate *Terri Powers v. The United States of America*, Civil Action No. 1:17-CV-108 (LJA) with *Terri Powers v. David Stalvey, et al.*, Civil Action No. 1:17-CV-71 (WLS). Each of the parties to the actions consent to consolidating the two cases. Having reviewed the Consent Motion and the relevant law, the Court finds that these two cases clearly involve common questions of law and fact. Therefore, the parties' Consent Motion to Consolidate is **GRANTED**. The Court hereby **ORDERS** that *Terri Powers v. The United States of America*, Civil Action No. 1:17-CV-108 (LJA), be **CONSOLIDATED** into *Terri Powers v. David Stalvey, et al.*, Civil Action No. 1:17-CV-71 (WLS).

SO ORDERED, this 26th day of July, 2017.

_____
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT